Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Janice Arvidson, | ) Case No. 2:13-cv-01739-JWS |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) |
| Asset Acceptance, LLC, | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted this 11th day of October, 2013

By: s/ Marshall Meyers
Marshall Meyers (020584)
WEISBERG & MEYERS, LLC

| | |
|---|---|
| 1 | Filed electronically on this 11th day of October, 2013, with: |
| 2 | |
| 3 | United States District Court CM/ECF system |
| 4 | |
| 5 | By: s/ Lydia Bultemeyer<br>    Lydia Bultemeyer |