Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Janice Arvidson, | ) | Case No. 2:13-cv-01739-JWS |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Asset Acceptance, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy

of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 8th day of November, 2013.

By: s/Marshall Meyers
    Marshall Meyers
    WEISBERG & MEYERS, LLC
    5025 North Central Ave., #602
    Phoenix, AZ 85012
    602 445 9819
    866 565 1327 facsimile
    mmeyers@AttorneysForConsumers.com
    Attorney for Plaintiff

1    Filed electronically on this 8th day of November, 2013, with:

2

   United States District Court CM/ECF system

3

4

   By: <u>s/ Lydia Bultemeyer</u>
        Lydia Bultemeyer

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28